**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WYNDE COLLINS, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>Defendant. | Civil Action No.: 1:22-cv-10386-DJC |

## [~~PROPOSED~~] ORDER GRANTING MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Following Named Plaintiff Wynde Collins' unopposed motion for approval of the FLSA Collective Action Settlement, and the Court having considered all papers filed and proceedings had herein and oral argument, if any, and having reviewed the record in the above-captioned action, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of the above-captioned action, Defendant Philips North America LLC ("Defendant" or "Philips"), Named Plaintiff Wynde Collins ("Named Plaintiff"), and each individual who properly joined this Action by filing a Notice of Filing of Consent to Join Form as of December 2, 2022 (the "Opt-In Plaintiffs"). The Opt-In Plaintiffs are listed in Exhibit 2 to the Settlement Agreement.

2. The term "Settlement" shall refer to the Joint Stipulation of Settlement and Release filed by the parties in this case in connection with the Named Plaintiff's application for approval of the Settlement and the release of claims in this Action, and all terms herein shall have the same meaning as terms defined in the Settlement, unless specifically provided for herein.

1

3. The Court approves the Settlement Agreement, including the release of claims as set forth in the Settlement.

4. The Action is dismissed with prejudice as to Named Plaintiff and the Opt-In Plaintiffs, permanently barring Named Plaintiff and the Opt-In Plaintiffs from prosecuting any of the Named Plaintiff's and Opt-In Plaintiffs' Released Claims during the period of time covered by the Release.

5. The Court further finds that the Attorney's Fees, Service Award Payment, and Expense Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

6. Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiffs and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer the settlement of the claims of the Plaintiffs as set forth in the Settlement Agreement.

7. The Court reserves and retains exclusive and continuing jurisdiction over the Action, Named Plaintiff, Opt-In Plaintiffs, Plaintiffs' Counsel, and Defendant for the purposes of supervising the implementation, effectuation, enforcement, construction, administration, and interpretation of the Settlement and this Judgment.

8. IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiffs are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

SO ORDERED on  April 25 , 2023.

*Denise J. Casper*
_____
HONORABLE DENISE J. CASPER
United States District Court Judge

3